TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ RECEIVED
**10/01/2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

CR-25-04207-TUC-MSA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Uriel Christopher Jimenez-Morelos,<br><br>Defendant. | No. 4:25-mj-06718-TUC<br><br>INFORMATION<br><br>Violations:<br><br>Title 18 U.S.C. § 111(a)<br>(Assault on a Federal Officer)<br><br>(Misdemeanor) |

**THE UNITED STATES ATTORNEY'S OFFICE CHARGES:**

On or about September 10, 2025, at or near Choulic, in the District of Arizona, Defendant, Uriel Christopher Jimenez-Morelos, did intentionally and forcibly assault United States Border Patrol Agent R.C., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while Agent E.B. was engaged in and on account of the performance of his official duties.

All in Violation of Title 18, United States Code, Section 111(a).

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

10/1/25
Date

*/s/*
Assistant U.S. Attorney